IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TONYA WITHERSPOON                                                              PLAINTIFF

v.                                  No. 3:15-cv-60-DPM

CARTER EXPRESS, INC.; and
HUMBERTO MENDEZ                                                              DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 December 2015